## PARKS *v.* CRAIG.

HILL, J. There is no merit in any of the special assignments of error. The verdict is supported by the evidence, and the court did not err in refusing the motion for a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

APRIL 22, 1915.

Action for damages. Before Judge Patterson. Gilmer superior court. July 6, 1914.

*T. A. Brown* and *A. N. Edwards,* for plaintiff in error.

*A. H. Burtz,* contra.

---

## RICHARDSON *v.* HAMES.

ATKINSON, J. Where a plaintiff fails to make out a prima facie case, a verdict for the defendant should not be directed, but a judgment of nonsuit should be entered. The judgment of the court is affirmed, with direction that plaintiff have leave to take a judgment vacating the verdict and substituting a judgment of nonsuit, when the remittitur is made the judgment of the court below. *Barnes* v. *Carter,* 120 *Ga.* 895 (48 S. E. 387); *Equitable Manufacturing Co.* v. *Davis,* 130 *Ga.* 67 (60 S. E. 262).

*Judgment affirmed, with direction. All the Justices concur, except Fish, C. J., absent.*

APRIL 22, 1915.

Action for damages. Before Judge Wright. Walker superior court. August 27, 1914.

*P. D. Wright* and *W. M. Henry,* for plaintiff.

*J. E. Rosser* and *R. M. W. Glenn,* for defendant.